Linda S. Payne
Chapter 7 Bankruptcy Trustee
12770 Coit Road, Suite 541
Dallas, TX 75251
972 628 3695
linda@paynetrustee.com

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF
### DIVISION

In re:                              §
                                    §
HWANG, JAMES U.                     §        Case No. 05-41011 BTR
                                    §
            Debtor(s)               §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

LINDA PAYNE, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $          (see **Exhibit 2**), yielded net receipts of $                  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4)  This case was originally filed under chapter    on           , and it was converted to chapter 7 on           .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/LINDA PAYNE, TRUSTEE _____
                                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Bank One PO Box 260161 Baton Rouge, LA  70826-0161 | | | | | |
| BANK ONE, N.A. JP MORGAN CHASE BANK | | | | | |
| SAXON MORTGAGE SERVICES, INC. | | | | | |
| WELLS FARGO BANK, N.A. | | | | | |
| WELLS FARGO BANK, N.A. | | | | | |
| GABRIELLA CHANG & CHEN HWU CHANG C/ | | | | | |
| COLLIN COUNTY TAX | | | | | |
| FRISCO ISD TAX | | | | | |
| TOTAL SECURED CLAIMS | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LINDA S PAYNE | | | | | |
| LINDA S PAYNE | | | | | |
| BILL PAYNE | | | | | |
| BILL PAYNE | | | | | |
| SHELDON LEVY, CPA | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CITY OF FRISCO LINEBARGER GOGGAN BL | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| COMPTROLLER OF PUBLIC ACCOUNTS C/O | | | | | |
| COMPTROLLER OF PUBLIC ACCOUNTS C/O | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CCB Credit Services PO Box 272 Springfield, IL  62705-0272 | | | | | |
| Credit Union Of Texas CO Blalack & Williams 1420 W Mockingbird Ln Ste 640 Dallas, TX  75247-4995 | | | | | |
| Graybar Financial Services, Inc. 4600 Touchton Road, East Bldg. 100, Suite 300 Jacksonville, FL 32246 | | | | | |
| Mynde Eisen, Trustee 9800 Pagewood Ln Apt 3202 Houston, TX 77042-5532 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Myndo Eisen, Trustee Bayshore NH Bank | | | | | |
| USAA 10750 McDermott Fwy San Antonio, TX  78284-8850 | | | | | |
| Wells Fargo Home Mortgage PO Box 10304 Des Moines, IA  50306-0304 | | | | | |
| Wells Fargo Home Mortgage PO Box 10304 Des Moines, IA  50306-0304 | | | | | |
| AMERICAN EXPRESS TRAVEL RELATED SER | | | | | |
| AUTOMOTIVE FINANCE CORPORATION | | | | | |
| CHASE MANHATTAN BANK USA, NA | | | | | |
| CIT TECHNOLOGY FINANCING SERVICES, | | | | | |
| CREDIT UNION SERVICES, INC. & CREDI | | | | | |
| DIAMOND MCCARTHY TAYLOR FINLEY & L3 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DISCOVER FINANCIAL SERVICES | | | | | |
| ECAST SETTLEMENT CORPORATION, SUCCE | | | | | |
| FIRST EQUITY CARD | | | | | |
| FIRST EQUITY CARD | | | | | |
| FIRST NATIONAL BANK OF OMAHA | | | | | |
| FORD MOTOR CREDIT COMPANY | | | | | |
| GABRIELLA CHANG & CHEN HWU CHANG C/ | | | | | |
| INTERNAL REVENUE SERVICE | | | | | |
| PENTAGON FEDERAL CREDIT UNION | | | | | |
| REGISTRY OF THE COURT | | | | | |
| SEWELL CORPORATION D/B/A SEWELL LEX | | | | | |
| SEWELL VILLAGE CADILLAC | | | | | |
| SOUTHTRUST BANK | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TAE K PARK | | | | | |
| USAA FEDERAL SAVINGS BANK | | | | | |
| WACHOVIA BANK NA | | | | | |
| USAA FEDERAL SAVINGS BANK | | | | | |
| USAA FEDERAL SAVINGS BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | $ | $ | $ | $ |

Exhibit 8

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | | | |
|---|---|---|---|
| In Re: | ) | | |
| HWANG, JAMES U. | ) | 05-41011 | -BTR |
| EIN: 13-7493788 | ) | Chapter 7 | |
| | ) | | |
| | ) | | |
| Debtor(s). | ) | | |

**TRUSTEE INTERIM REPORT**

     The Trustee, hereby files his Individual Estate Property Record and Report (Form 1) for the twelve month reporting period ending 09/21/2010.  This report is intended to provide parties in interest with a general accounting of the Trustee's case administration.

Column 1: Asset Description (Scheduled and Unscheduled Property):  This is a listing of all the Debtor's interest in assets from the petition, schedules, and statement of financial affairs.  Also listed are unscheduled assets discovered by the Trustee, income of the estate (including post-petition interest on bank accounts), and claims which the estate may possess.

Column 2: Petition/Unscheduled Values:  Column 2 reflects the dollar value of each asset, as first assigned by Debtor in the filed Schedules, or by the Trustee's initial estimate of values in the case of unscheduled assets.  Scheduled values are often unreliable and may change significantly throughout the course of Trustee's investigation and administration.

Column 3: Estimated Net Value(Value Determined by Trustee Less Liens, Exemptions and Other Costs:  Column 3 reflects the value of each asset as determined by the Trustee minus any appropriate adjustment.  This value represents the Trustee's best initial estimate of **net** sale or liquidation value of the asset.  Actual liquidation value may differ as a result of market conditions at the time of sale, costs of recovery, storage, insurance and sale.

Column 4: Property Abandoned:  If this column is blank it means either that (1) Trustee intends to administer the asset, (2) Trustee has not decided, or (3) Trustee has already liquidated the asset.  An entry of "OA" indicates the property has or will be formally abandoned under 11 U.S.C. 554 (a).  An entry of "DA" indicates that the property will be abandoned at closing of the case under 11 U.S.C. 554 (c).

Column 5: Sales/Funds Received by the Estate:  Column 5 indicates the **gross** amount of proceeds received from the liquidation of each asset regardless of amounts paid out to secured creditors or for expenses.

Column 6: Asset Fully Administered/Gross Value of Remaining Assets:  When an asset has been fully administered either by liquidation, formal abandonment, or the Trustee has reached a decision to abandon at closing of the estate, the entry "FA" will be listed in Column 6.  For assets still being administered, column 6 reflects the Trustee's current best estimate of the **gross** value.  Actual liquidation value may differ as a result of market conditions at the time of sale.  Note: The difference between Columns 3 and 5 does not necessarily equal the figure in Column 6.

Other Information:  Note that the Trustee has provided information about matters pending in the case and projected date for filing the Trustee's Final Report (TFR).

Dated: _____    Respectfully Submitted,

                          _____

                          LINDA PAYNE, TRUSTEE, Chapter 7 Trustee
                          12770 Coit Road
                          Suite 541 Banner Place
                          Dallas, TX  75251
                          972-628-3695

FORM 1

### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page:    1

Exhibit 8

| Case No: | 05-41011 | BTR | Judge: Brenda T. Rhoades |
| Case Name: | HWANG, JAMES U. | | |

For Period Ending:  09/21/10

| Trustee Name: | LINDA PAYNE, TRUSTEE |
| Date Filed (f) or Converted (c): | 08/17/05 (c) |
| 341(a) Meeting Date: | 09/23/05 |
| Claims Bar Date: | 01/09/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. 5419 Breckenridge Ct, Frisco - homestead<br>    Debtor tried to sell, but fell through and Stay was Lifted. | 550,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Bank Accounts<br>    Sold to debtor re court order | 3,018.78 | 3,018.78 | | 3,018.78 | FA |
| 3. Household Goods<br>    Sold to debtor re court order | 8,435.00 | 8,435.00 | | 6,181.22 | FA |
| 4. Books, etc.<br>    Debtor is to buy back re court order. | 1,265.00 | 1,265.00 | | 500.00 | FA |
| 5. Clothing<br>    Debtor is to buy back per court order | 3,000.00 | 3,000.00 | | 500.00 | FA |
| 6. Jewelry<br>    Debtor is to buy back per court order | 100.00 | 100.00 | | 100.00 | FA |
| 7. Sporting equipment<br>    Debtor is to buy back per court order. | 30.00 | 30.00 | | 30.00 | FA |
| 8. Life Insurance (3 policies)<br>    Debtor is to buy back per court order. | 4,295.67 | 4,295.67 | | 4,295.00 | FA |
| 9. 401K<br>    Debtor is to buy back per court order | 6,957.00 | 6,957.00 | | 2,375.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    2

Exhibit 8

| Case No: | 05-41011 | BTR | Judge: Brenda T. Rhoades | | Trustee Name: | LINDA PAYNE, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | HWANG, JAMES U. | | | | Date Filed (f) or Converted (c): | 08/17/05 (c) |
| | | | | | 341(a) Meeting Date: | 09/23/05 |
| | | | | | Claims Bar Date: | 01/09/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 10. NxGen Homes | 0.00 | 0.00 | DA | 0.00 | FA |
| 11. Vipers & Vettes<br>    Eastern District of Texas bankruptcy.  No Asset Case.  Was a car<br>    leasing company | 0.00 | 0.00 | DA | 0.00 | FA |
| 12. Receivable - Tommy DeWitt<br>    Debtor testified that this was not collectible.  Has to do with Vipers &<br>    Vetts that is in bankruptcy.  Mr. Dewitt is also in a Chapter 7 bankrptcy. | 0.00 | 0.00 | DA | 0.00 | FA |
| 13. Receivable to Tae Park<br>    Debtor testified that this was not colletible.  Has to do with Vipers &<br>    Vettes that is in bankrutpcy | 25,000.00 | 0.00 | DA | 0.00 | FA |
| 14. Tax Refund | Unknown | 20,079.00 | | 20,079.00 | FA |
| 15. Computers and printer<br>    Debtor is to buy back per court order. | 1,100.00 | 1,100.00 | | 500.00 | FA |
| 16. Oil and Gas lease | 0.00 | 0.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 470.82 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $603,201.45 | $48,280.45 | | $38,049.82 | $0.00 |

**FORM1**
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page:   3

Exhibit 8

| Case No: | 05-41011 | BTR | Judge: Brenda T. Rhoades |
| Case Name: | HWANG, JAMES U. | | |

| Trustee Name: | LINDA PAYNE, TRUSTEE |
| Date Filed (f) or Converted (c): | 08/17/05 (c) |
| 341(a) Meeting Date: | 09/23/05 |
| Claims Bar Date: | 01/09/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR in UST's office

Initial Projected Date of Final Report (TFR): 08/01/07        Current Projected Date of Final Report (TFR): 11/01/09

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:  1

Exhibit 9

| Case No: | 05-41011  -BTR | | Trustee Name: | LINDA PAYNE, TRUSTEE |
|---|---|---|---|---|
| Case Name: | HWANG, JAMES U. | | Bank Name: | Union Bank |
| | | | Account Number / CD #: | *******1734  Money Market Account |
| Taxpayer ID No: | *******3788 | | | |
| For Period Ending: | 09/21/10 | | Blanket Bond (per case limit): | $   300,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C   10/01/09 | | Transfer from Acct #*******0265 | Bank Funds Transfer | 9999-000 | 36,049.08 | | 36,049.08 |
| C   10/21/09 | 000101 | Sheldon Levy, CPA<br>6320 Southwestern Blvd<br>Suite 204<br>Ft Worth, TX  76109 | Accountant for Trustee | 3410-000 | | 475.00 | 35,574.08 |
| C   10/30/09 | INT | Union Bank | Interest Rate  0.250 | 1270-000 | 7.37 | | 35,581.45 |
| C   11/30/09 | INT | Union Bank | Interest Rate  0.250 | 1270-000 | 7.53 | | 35,588.98 |
| C   12/08/09 | INT | Union Bank | INTEREST REC'D FROM BANK | 1270-000 | 1.70 | | 35,590.68 |
| C   12/08/09 | | Transfer to Acct #*******2716 | Final Posting Transfer | 9999-000 | | 35,590.68 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 36,065.68 | 36,065.68 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | | 36,049.08 | 35,590.68 | |
| | | Subtotal | | 16.60 | 475.00 | |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | | 0.00 | |
| | | Net | | 16.60 | 475.00 | |

Page Subtotals                36,065.68              36,065.68

Ver: 15.20

UST Form 101-7-TDR (9/1/2009) *(Page: 14)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    2

Exhibit 9

| Case No: | 05-41011 -BTR |
|---|---|
| Case Name: | HWANG, JAMES U. |

| Taxpayer ID No: | *******3788 |
|---|---|
| For Period Ending: | 09/21/10 |

| Trustee Name: | LINDA PAYNE, TRUSTEE |
|---|---|
| Bank Name: | Union Bank |
| Account Number / CD #: | *******2716  Checking Account |

| Blanket Bond (per case limit): | $   300,000.00 |
|---|---|
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | BALANCE FORWARD | | | | 0.00 |
| C | 12/08/09 | | Transfer from Acct #*******1734 | Transfer In From MMA Account | 9999-000 | 35,590.68 | | 35,590.68 |
| C | 03/01/10 | 001001 | Linda S Payne<br>Chapter 7 Bankruptcy Trustee<br>12770 Coit Road, Suite 541<br>Dallas, TX  75251 | Chapter 7 Compensation/Fees | 2100-000 | | 4,553.03 | 31,037.65 |
| C | 03/01/10 | 001002 | Linda S Payne<br>Chapter 7 Bankruptcy Trustee<br>12770 Coit Road, Suite 541<br>Dallas, TX  75251 | Chapter 7 Expenses | 2200-000 | | 1,271.84 | 29,765.81 |
| C | 03/01/10 | 001003 | Comptroller of Public Accounts c/o<br>Office of the Attorney Ge<br>Bankruptcy - Collections Division<br>PO Box 12548<br>Austin, TX  78711-2548 | Claim 31, Payment 100.00% | 5800-000 | | 3,021.78 | 26,744.03 |
| C | 03/01/10 | 001004 | Comptroller of Public Accounts c/o<br>Office of the Attorney Ge<br>Bankruptcy - Collections Division<br>PO Box 12548<br>Austin, TX  78711-2548 | Claim 18, Payment 100.00% | 5800-000 | | 9,389.24 | 17,354.79 |
| * C | 03/01/10 | 001005 | CHASE MANHATTAN BANK USA, NA<br>CHASE BANKCARD SERVICES<br>PO BOX 52176 | Claim 2, Payment 1.40%<br>4357875420025641 | 7100-003 | | 32.03 | 17,322.76 |

Page Subtotals     35,590.68     18,267.92

Ver: 15.20

UST Form 101-7-TDR (9/1/2009) *(Page: 15)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    3

Exhibit 9

Case No:        05-41011  -BTR
Case Name:    HWANG, JAMES U.

Trustee Name:        LINDA PAYNE, TRUSTEE
Bank Name:        Union Bank
Account Number / CD #:    *******2716  Checking Account

Taxpayer ID No:    *******3788
For Period Ending:    09/21/10

Blanket Bond (per case limit):    $   300,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | PHOENIX, AZ  85072-2176 | | | | | |
| C    03/01/10 | 001006 | USAA Federal Savings Bank c/o Weinstein & Riley, P.S. 2101 4th Avenue, Suite 900 Seattle, WA  98121 | Claim 4, Payment 1.40% *******3467 | 7100-000 | | 255.24 | 17,067.52 |
| C    03/01/10 | 001007 | DISCOVER FINANCIAL SERVICES PO BOX 8003 HILLIARD, OH  43026 | Claim 5, Payment 1.40% 6011005490116772 | 7100-000 | | 108.17 | 16,959.35 |
| C    03/01/10 | 001008 | Gabriella Chang & Chen Hwu Chang c/o Gregory B. Fell The Fell Law Firm 3300 Oak Lawn Avenue, Suite 700 Dallas, Te  75219 | Claim 7, Payment 1.40% | 7100-000 | | 1,135.34 | 15,824.01 |
| C    03/01/10 | 001009 | American Express Travel Related Services Co., Inc. c/o Becke Attorneys/Agent for Creditor P.O. Box 3001 Malvern, PA  19355-0701 | Claim 11, Payment 1.40% *******2001 | 7100-000 | | 367.09 | 15,456.92 |
| * C    03/01/10 | 001010 | INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA  19114 | Claim 12, Payment 1.40% | 7100-004 | | 46.45 | 15,410.47 |
| C    03/01/10 | 001011 | First Equity Card PO Box 23029 | Claim 13, Payment 1.40% 4988820000575950 | 7100-000 | | 132.80 | 15,277.67 |

Page Subtotals        0.00        2,045.09

Ver: 15.20

**UST Form 101-7-TDR (9/1/2009)** *(Page: 16)*

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 05-41011 -BTR |
| Case Name: | HWANG, JAMES U. |
| Taxpayer ID No: | *******3788 |
| For Period Ending: | 09/21/10 |

| | |
|---|---|
| Trustee Name: | LINDA PAYNE, TRUSTEE |
| Bank Name: | Union Bank |
| Account Number / CD #: | *******2716  Checking Account |
| Blanket Bond (per case limit): | $   300,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Columbus, GA  31902-3029 | | | | | |
| C   03/01/10 | 001012 | Pentagon Federal Credit Union<br>PO Box 1432<br>Alexandria, VA  22313-2032 | Claim 15, Payment 1.40%<br>4071540050004515 | 7100-000 | | 13.74 | 15,263.93 |
| C   03/01/10 | 001013 | CIT Technology Financing Services, Inc.<br>800 E. Sonterra Blvd. Suite 240<br>San Antonio, TX  78258 | Claim 17, Payment 1.40%<br>LEASE | 7100-000 | | 149.10 | 15,114.83 |
| C   03/01/10 | 001014 | First National Bank of Omaha<br>P.O. Box 2951<br>Stop Code 3105<br>Omaha, NE  68103 | Claim 19, Payment 1.40%<br>XXXX229237037414 | 7100-000 | | 49.66 | 15,065.17 |
| * C   03/01/10 | 001015 | Credit Union Services, Inc. & Credit<br>Union of TX<br>c/o Blalack & Williams, P.C.<br>1420 W. Mockingbird, Ste. 640<br>Dallas, TX  75247-4932 | Claim 20, Payment 1.40%<br>NONE | 7100-003 | | 3,218.46 | 11,846.71 |
| C   03/01/10 | 001016 | Sewell Village Cadillac<br>CO Biggers, Beasley, Earle & Hightower<br>1700 Pacific Ave Ste 4450<br>Dallas, TX  75201-7323 | Claim 21, Payment 1.40%<br>NONE | 7100-000 | | 1,378.94 | 10,467.77 |
| C   03/01/10 | 001017 | Sewell Corporation d/b/a Sewell Lexus<br>c/o Biggers, Beasley, Earle & Hightower<br>1700 Pacific Ave., Suite 4450 | Claim 22, Payment 1.40%<br>NONE | 7100-000 | | 773.32 | 9,694.45 |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 5,583.22 |

Ver: 15.20

LFORM24

**UST Form 101-7-TDR (9/1/2009)** *(Page: 17)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   5

Exhibit 9

| Case No: | 05-41011 -BTR | Trustee Name: | LINDA PAYNE, TRUSTEE |
| Case Name: | HWANG, JAMES U. | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******2716  Checking Account |

| Taxpayer ID No: | *******3788 | | |
| For Period Ending: | 09/21/10 | Blanket Bond (per case limit): | $   300,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Dallas, Te  75201 | | | | | |
| * C   03/01/10 | 001018 | Tae K Park<br>1613 McGee Lane<br>Carrollton, TX  75010 | Claim 23, Payment 1.40% | 7100-003 | | 8,038.17 | 1,656.28 |
| C   03/01/10 | 001019 | Ford Motor Credit Company<br>P. O. Box 537901<br>Livonia, MI  48153-7901 | Claim 25, Payment 1.40%<br>DEFICIENCY | 7100-000 | | 327.09 | 1,329.19 |
| * C   03/01/10 | 001020 | Wachovia Bank NA<br>1620 East Roseville Pkwy.<br>Suite 100 MS CA 2114<br>Roseville, CA  95661 | Claim 26, Payment 1.40%<br>NONE | 7100-004 | | 659.35 | 669.84 |
| C   03/01/10 | 001021 | Diamond McCarthy Taylor Finley & L33 LLP<br>909 Fannin Suite 1500<br>Houston, TX  77010 | Claim 27, Payment 1.40%<br>425 | 7100-000 | | 159.02 | 510.82 |
| C   03/01/10 | 001022 | eCAST Settlement Corporation, successor<br>to<br>Bank of America, N.A. (USA)<br>P.O. Box 35480<br>Newark, NJ  07193-5480 | Claim 28, Payment 1.40%<br>6122 | 7100-000 | | 248.87 | 261.95 |
| C   03/01/10 | 001023 | Automotive Finance Corporation<br>Attn: Legal Department<br>13085 Hamilton Crossing Blvd., suite 300<br>Carmel, IN  46032 | Claim 30, Payment 1.40% | 7100-000 | | 261.95 | 0.00 |

Page Subtotals         0.00         9,694.45

Ver: 15.20

**UST Form 101-7-TDR (9/1/2009)** *(Page: 18)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 6

Exhibit 9

| | | |
|---|---|---|
| Case No: | 05-41011 -BTR | |
| Case Name: | HWANG, JAMES U. | |

Taxpayer ID No: *******3788
For Period Ending: 09/21/10

Trustee Name: LINDA PAYNE, TRUSTEE
Bank Name: Union Bank
Account Number / CD #: *******2716  Checking Account

Blanket Bond (per case limit): $  300,000.00
Separate Bond (if applicable):

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C | 05/03/10 | | Texas Comptroller | Retrun of distribution check | 1290-000 | 12,411.02 | | 12,411.02 |
| * C | 05/03/10 | 001005 | CHASE MANHATTAN BANK USA, NA CHASE BANKCARD SERVICES PO BOX 52176 PHOENIX, AZ 85072-2176 | Claim 2, Payment 1.40% Check returned. Turnover to unclaimed registry | 7100-003 | | -32.03 | 12,443.05 |
| * C | 05/03/10 | 001015 | Credit Union Services, Inc. & Credit Union of TX c/o Blalack & Williams, P.C. 1420 W. Mockingbird, Ste. 640 Dallas, TX 75247-4932 | Claim 20, Payment 1.40% Check returned. Turnover to unclaimed registry | 7100-003 | | -3,218.46 | 15,661.51 |
| * C | 05/03/10 | 001018 | Tae K Park 1613 McGee Lane Carrollton, TX 75010 | Claim 23, Payment 1.40% Check returned. Turn over to unclaimed funds | 7100-003 | | -8,038.17 | 23,699.68 |
| * C | 05/03/10 | 001024 | UNITED STATES BANKRUPTCY COURT, CLERK'S OFFICE 660 North Central Expressway, Suite 300 Plano, TX 75074 | Claim 23, Payment 1.40% | 7100-003 | | 8,038.17 | 15,661.51 |
| * C | 05/03/10 | 001024 | UNITED STATES BANKRUPTCY COURT, CLERK'S OFFICE 660 North Central Expressway, Suite 300 Plano, TX 75074 | Claim 23, Payment 1.40% | 7100-003 | | -8,038.17 | 23,699.68 |
| * C | 05/03/10 | 001025 | UNITED STATES BANKRUPTCY | Claim 20, Payment 1.40% | 7100-003 | | 3,218.46 | 20,481.22 |

Page Subtotals          12,411.02          -8,070.20

Ver: 15.20

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 19)*

**FORM 2**                                                                    Page:    7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                    Exhibit 9

| Case No: | 05-41011 -BTR | Trustee Name: | LINDA PAYNE, TRUSTEE |
| Case Name: | HWANG, JAMES U. | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******2716  Checking Account |
| Taxpayer ID No: | *******3788 | | |
| For Period Ending: | 09/21/10 | Blanket Bond (per case limit): | $   300,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | COURT, CLERK'S OFFICE 660 North Central Expressway, Suite 300 Plano, TX 75074 | NONE | | | | |
| * C   05/03/10 | 001025 | UNITED STATES BANKRUPTCY COURT, CLERK'S OFFICE 660 North Central Expressway, Suite 300 Plano, TX 75074 | Claim 20, Payment 1.40% Found new address,  Reissue to claimant | 7100-003 | | -3,218.46 | 23,699.68 |
| * C   05/03/10 | 001026 | UNITED STATES BANKRUPTCY COURT, CLERK'S OFFICE 660 North Central Expressway, Suite 300 Plano, TX 75074 | Claim 2, Payment 1.40% 4357875420025641 | 7100-003 | | 32.03 | 23,667.65 |
| * C   05/03/10 | 001026 | UNITED STATES BANKRUPTCY COURT, CLERK'S OFFICE 660 North Central Expressway, Suite 300 Plano, TX 75074 | Claim 2, Payment 1.40% | 7100-003 | | -32.03 | 23,699.68 |
| * C   05/03/10 | 001027 | CHASE MANHATTAN BANK USA, NA CHASE BANKCARD SERVICES PO BOX 52176 PHOENIX, AZ  85072-2176 | Claim 2, Payment 1.00% 4357875420025641 | 7100-003 | | 22.90 | 23,676.78 |
| * C   05/03/10 | 001027 | CHASE MANHATTAN BANK USA, NA CHASE BANKCARD SERVICES PO BOX 52176 PHOENIX, AZ  85072-2176 | Claim 2, Payment 1.00% | 7100-003 | | -22.90 | 23,699.68 |

Page Subtotals          0.00          -3,218.46

Ver: 15.20

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 20)*

FORM 2

Page: 8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 05-41011 -BTR |
| Case Name: | HWANG, JAMES U. |
| Taxpayer ID No: | *******3788 |
| For Period Ending: | 09/21/10 |

| | |
|---|---|
| Trustee Name: | LINDA PAYNE, TRUSTEE |
| Bank Name: | Union Bank |
| Account Number / CD #: | *******2716  Checking Account |
| Blanket Bond (per case limit): | $   300,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C   05/03/10 | 001028 | USAA Federal Savings Bank<br>c/o Weinstein & Riley, P.S.<br>2101 4th Avenue, Suite 900<br>Seattle, WA  98121 | Claim 4, Payment 1.00%<br>*******3467 | 7100-000 | | 182.53 | 23,517.15 |
| C   05/03/10 | 001029 | DISCOVER FINANCIAL SERVICES<br>PO BOX 8003<br>HILLIARD, OH  43026 | Claim 5, Payment 1.00%<br>6011005490116772 | 7100-000 | | 77.36 | 23,439.79 |
| C   05/03/10 | 001030 | Gabriella Chang & Chen Hwu Chang c/o<br>Gregory B. Fell<br>The Fell Law Firm<br>3300 Oak Lawn Avenue, Suite 700<br>Dallas, Te  75219 | Claim 7, Payment 1.00% | 7100-000 | | 811.92 | 22,627.87 |
| C   05/03/10 | 001031 | American Express Travel Related<br>Services Co., Inc. c/o Becke<br>Attorneys/Agent for Creditor<br>P.O. Box 3001<br>Malvern, PA  19355-0701 | Claim 11, Payment 1.00%<br>*******2001 | 7100-000 | | 262.52 | 22,365.35 |
| * C   05/03/10 | 001032 | INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA  19114 | Claim 12, Payment 1.00%<br>Talked with Bill Morse at IRS.  Case closed no taxes<br>due.  He will w/d claim.  3/11/10 | 7100-004 | | 33.22 | 22,332.13 |
| C   05/03/10 | 001033 | First Equity Card<br>PO Box 23029<br>Columbus, GA  31902-3029 | Claim 13, Payment 1.00%<br>4988820000575950 | 7100-000 | | 94.97 | 22,237.16 |
| | | | Page Subtotals | | 0.00 | 1,462.52 | |

LFORM24

**UST Form 101-7-TDR (9/1/2009)** *(Page: 21)*

Ver: 15.20

**FORM 2**

Page: 9

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:        05-41011  -BTR
Case Name:   HWANG, JAMES U.

Trustee Name:              LINDA PAYNE, TRUSTEE
Bank Name:                 Union Bank
Account Number / CD #:   *******2716  Checking Account

Taxpayer ID No:  *******3788
For Period Ending:  09/21/10

Blanket Bond (per case limit):   $   300,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C   05/03/10 | 001034 | Pentagon Federal Credit Union PO Box 1432 Alexandria, VA  22313-2032 | Claim 15, Payment 1.00% 4071540050004515 | 7100-000 | | 9.82 | 22,227.34 |
| C   05/03/10 | 001035 | CIT Technology Financing Services, Inc. 800 E. Sonterra Blvd. Suite 240 San Antonio, TX  78258 | Claim 17, Payment 1.00% LEASE | 7100-000 | | 106.63 | 22,120.71 |
| C   05/03/10 | 001036 | First National Bank of Omaha P.O. Box 2951 Stop Code 3105 Omaha, NE  68103 | Claim 19, Payment 1.00% XXXX229237037414 | 7100-000 | | 35.52 | 22,085.19 |
| C   05/03/10 | 001037 | Credit Union Services, Inc. & Credit Union of TX c/o Blalack & Williams, P.C. 1420 W. Mockingbird, Ste. 640 Dallas, TX  75247-4932 | Claim 20, Payment 1.00% NONE | 7100-000 | | 2,301.64 | 19,783.55 |
| C   05/03/10 | 001038 | Sewell Village Cadillac CO Biggers, Beasley, Earle & Hightower 1700 Pacific Ave Ste 4450 Dallas, TX  75201-7323 | Claim 21, Payment 1.00% NONE | 7100-000 | | 986.12 | 18,797.43 |
| C   05/03/10 | 001039 | Sewell Corporation d/b/a Sewell Lexus c/o Biggers, Beasley, Earle & Hightower 1700 Pacific Ave., Suite 4450 Dallas, Te  75201 | Claim 22, Payment 1.00% | 7100-000 | | 553.03 | 18,244.40 |

Page Subtotals                0.00              3,992.76

Ver: 15.20

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 22)*

**FORM 2**

Page:   10

**Exhibit 9**

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 05-41011 -BTR |
| Case Name: | HWANG, JAMES U. |
| Taxpayer ID No: | *******3788 |
| For Period Ending: | 09/21/10 |

| | |
|---|---|
| Trustee Name: | LINDA PAYNE, TRUSTEE |
| Bank Name: | Union Bank |
| Account Number / CD #: | *******2716  Checking Account |
| Blanket Bond (per case limit): | $   300,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * C  05/03/10 | 001040 | Tae K Park<br>1613 McGee Lane<br>Carrollton, TX  75010 | Claim 23, Payment 1.00% | 7100-003 | | 5,748.38 | 12,496.02 |
| * C  05/03/10 | 001040 | Tae K Park<br>1613 McGee Lane<br>Carrollton, TX  75010 | Claim 23, Payment 1.00% | 7100-003 | | -5,748.38 | 18,244.40 |
| C  05/03/10 | 001041 | Ford Motor Credit Company<br>P. O. Box 537901<br>Livonia, MI  48153-7901 | Claim 25, Payment 1.00%<br>DEFICIENCY | 7100-000 | | 233.92 | 18,010.48 |
| * C  05/03/10 | 001042 | Wachovia Bank NA<br>1620 East Roseville Pkwy.<br>Suite 100 MS CA 2114<br>Roseville, CA  95661 | Claim 26, Payment 1.00%<br>NONE | 7100-004 | | 471.51 | 17,538.97 |
| C  05/03/10 | 001043 | Diamond McCarthy Taylor Finley & L33 LLP<br>909 Fannin Suite 1500<br>Houston, TX  77010 | Claim 27, Payment 1.00%<br>425 | 7100-000 | | 113.72 | 17,425.25 |
| C  05/03/10 | 001044 | eCAST Settlement Corporation, successor<br>to<br>Bank of America, N.A. (USA)<br>P.O. Box 35480<br>Newark, NJ  07193-5480 | Claim 28, Payment 1.00%<br>6122 | 7100-000 | | 177.98 | 17,247.27 |
| C  05/03/10 | 001045 | Automotive Finance Corporation<br>Attn: Legal Department | Claim 30, Payment 1.00% | 7100-000 | | 187.33 | 17,059.94 |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 1,184.46 |

Ver: 15.20

LFORM24

**UST Form 101-7-TDR (9/1/2009)** *(Page: 23)*

**FORM 2**

Page: 11

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 05-41011 -BTR | Trustee Name: | LINDA PAYNE, TRUSTEE |
| Case Name: | HWANG, JAMES U. | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******2716  Checking Account |

| Taxpayer ID No: | *******3788 | | |
| For Period Ending: | 09/21/10 | Blanket Bond (per case limit): | $  300,000.00 |
| | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | 13085 Hamilton Crossing Blvd., suite 300 Carmel, IN 46032 | | | | | |
| C | 05/03/10 | 001046 | Credit Union Services, Inc. & Credit Union of TX c/o Blalack & Williams, P.C. 5550 LBJ Freeway, STE 400 Dallas, TX 75240-2349 | Reissue of distribution check Claim 20 | 7100-000 | | 3,218.46 | 13,841.48 |
| * C | 07/01/10 | 001010 | INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | Stop Payment Reversal SA | 7100-004 | | -46.45 | 13,887.93 |
| * C | 07/01/10 | 001020 | Wachovia Bank NA 1620 East Roseville Pkwy. Suite 100 MS CA 2114 Roseville, CA 95661 | Stop Payment Reversal SA | 7100-004 | | -659.35 | 14,547.28 |
| * C | 07/01/10 | 001032 | INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | Stop Payment Reversal SA | 7100-004 | | -33.22 | 14,580.50 |
| * C | 08/24/10 | 001042 | Wachovia Bank NA 1620 East Roseville Pkwy. Suite 100 MS CA 2114 Roseville, CA 95661 | Stop Payment Reversal SA | 7100-004 | | -471.51 | 15,052.01 |
| C | 08/25/10 | 001047 | REGISTRY OF THE COURT 660 N. CENTRAL EXPRESSWAY | Turnover of unclaimed Funds Chase 54.93 | 7100-000 | | 15,052.01 | 0.00 |

| | Page Subtotals | 0.00 | 17,059.94 | |

Ver: 15.20

**UST Form 101-7-TDR (9/1/2009)** *(Page: 24)*

**FORM 2**

Page:   12

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:          05-41011  -BTR
Case Name:        HWANG, JAMES U.

Trustee Name:                 LINDA PAYNE, TRUSTEE
Bank Name:                    Union Bank
Account Number / CD #:        *******2716  Checking Account

Taxpayer ID No:   *******3788
For Period Ending:  09/21/10

Blanket Bond (per case limit):  $  300,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | SUITE 300 PLANO, TX  75074 | IRS 79.67 Tae park 13,786.55 Wachovia Bank 1,130.86 | | | | |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | | COLUMN TOTALS | 48,001.70 | 48,001.70 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | | Less:  Bank Transfers/CD's | 35,590.68 | 0.00 | |
| | | | Subtotal | 12,411.02 | 48,001.70 | |
| Memo Allocation Net: | 0.00 | | Less:  Payments to Debtors | | 0.00 | |
| | | | Net | 12,411.02 | 48,001.70 | |

Page Subtotals                    0.00              0.00

Ver: 15.20

LFORM24

**UST Form 101-7-TDR (9/1/2009)** *(Page: 25)*

FORM 2

Page: 13

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 05-41011 -BTR |
| Case Name: | HWANG, JAMES U. |
| Taxpayer ID No: | *******3788 |
| For Period Ending: | 09/21/10 |

| | |
|---|---|
| Trustee Name: | LINDA PAYNE, TRUSTEE |
| Bank Name: | JPMorgan Chase Bank, N.A. |
| Account Number / CD #: | *******0265  Money Market Account |
| Blanket Bond (per case limit): | $  300,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C  01/24/06 | 14 | James Hwang | Income tax refund<br>DEPOSIT CHECK #7346 | 1124-000 | 20,079.00 | | 20,079.00 |
| C  01/31/06 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.7000% | 1270-000 | 2.31 | | 20,081.31 |
| C  02/28/06 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.7000% | 1270-000 | 10.79 | | 20,092.10 |
| C  03/31/06 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.7000% | 1270-000 | 11.95 | | 20,104.05 |
| C  04/28/06 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 12.73 | | 20,116.78 |
| C  05/17/06 | | J Hwang | Partial payment on non exempt assets<br>Court ordered settlement<br>DEPOSIT CHECK #5032 | | 9,200.00 | | 29,316.78 |
| | 2 | | Memo Amount:        3,018.78<br>Court approved settlement | 1129-000 | | | |
| | 3 | | Memo Amount:        6,181.22<br>Court approved settlement | 1129-000 | | | |
| C  05/31/06 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 16.29 | | 29,333.07 |
| C  06/30/06 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 19.29 | | 29,352.36 |
| C  07/31/06 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 19.95 | | 29,372.31 |
| C  08/31/06 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 19.96 | | 29,392.27 |

Page Subtotals        29,392.27        0.00

Ver: 15.20

**FORM 2**

Page:    14

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No:        05-41011 -BTR
Case Name:      HWANG, JAMES U.

Trustee Name:           LINDA PAYNE, TRUSTEE
Bank Name:              JPMorgan Chase Bank, N.A.
Account Number / CD #:  *******0265  Money Market Account

Taxpayer ID No:  *******3788
For Period Ending:  09/21/10

Blanket Bond (per case limit):   $   300,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C  09/29/06 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 18.68 | | 29,410.95 |
| C  10/31/06 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 20.62 | | 29,431.57 |
| C  11/30/06 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 19.34 | | 29,450.91 |
| C  12/29/06 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 18.71 | | 29,469.62 |
| C  01/31/07 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 19.65 | | 29,489.27 |
| C  02/28/07 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 14.69 | | 29,503.96 |
| C  03/30/07 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 15.75 | | 29,519.71 |
| C  04/30/07 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 16.28 | | 29,535.99 |
| C  05/31/07 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 16.29 | | 29,552.28 |
| C  06/29/07 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 15.25 | | 29,567.53 |
| C  07/31/07 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 16.84 | | 29,584.37 |
| C  08/31/07 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 16.32 | | 29,600.69 |
| C  09/28/07 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 14.75 | | 29,615.44 |
| C  10/31/07 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 17.39 | | 29,632.83 |

Page Subtotals                240.56            0.00

Ver: 15.20

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 27)*

FORM 2

Page:    15

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 05-41011 -BTR | |
| Case Name: | HWANG, JAMES U. | |
| | | |
| Taxpayer ID No: | *******3788 | |
| For Period Ending: | 09/21/10 | |

| | |
|---|---|
| Trustee Name: | LINDA PAYNE, TRUSTEE |
| Bank Name: | JPMorgan Chase Bank, N.A. |
| Account Number / CD #: | *******0265  Money Market Account |
| | |
| Blanket Bond (per case limit): | $   300,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C   11/30/07 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6000% | 1270-000 | 15.41 | | 29,648.24 |
| C   12/31/07 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6000% | 1270-000 | 15.10 | | 29,663.34 |
| C   01/31/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.3000% | 1270-000 | 13.56 | | 29,676.90 |
| C   02/29/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.2500% | 1270-000 | 6.08 | | 29,682.98 |
| C   03/31/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1700% | 1270-000 | 5.51 | | 29,688.49 |
| C   04/30/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1700% | 1270-000 | 4.14 | | 29,692.63 |
| C   05/30/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 3.71 | | 29,696.34 |
| C   06/30/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 3.77 | | 29,700.11 |
| C   07/28/08 | 9 | James Hwang | Payment on non exempt property DEPOSIT CHECK #3773735 | 1129-000 | 700.00 | | 30,400.11 |
| C   07/31/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 3.78 | | 30,403.89 |
| C   08/29/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 3.61 | | 30,407.50 |
| C   09/03/08 | | James Hwang | Court approved payment for non exempt property DEPOSIT CHECK #0239 | | 700.00 | | 31,107.50 |
| | 4 | | Memo Amount:            500.00 Court approved settlement | 1129-000 | | | |

Page Subtotals          1,474.67                    0.00

Ver: 15.20

LFORM24

**UST Form 101-7-TDR (9/1/2009)** *(Page: 28)*

**FORM 2**

Page:   16

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 05-41011  -BTR |
|---|---|
| Case Name: | HWANG, JAMES U. |

| | |
|---|---|
| Taxpayer ID No: | *******3788 |
| For Period Ending: | 09/21/10 |

| Trustee Name: | LINDA PAYNE, TRUSTEE |
|---|---|
| Bank Name: | JPMorgan Chase Bank, N.A. |
| Account Number / CD #: | *******0265  Money Market Account |

| | |
|---|---|
| Blanket Bond (per case limit): | $   300,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 5 | | Memo Amount:          200.00 | 1129-000 | | | |
| | | | | Court approved settlement | | | | |
| C | 09/25/08 | 9 | James Hwang | Payment on non exempt assets | 1129-000 | 700.00 | | 31,807.50 |
| | | | | DEPOSIT CHECK #299 | | | | |
| C | 09/30/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 4.08 | | 31,811.58 |
| C | 10/28/08 | 8 | James Hwang | Payment on non exempt assets | 1129-000 | 700.00 | | 32,511.58 |
| C | 10/31/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 3.47 | | 32,515.05 |
| C | 11/26/08 | 8 | James Hwang | Payment on non exempt assets | 1129-000 | 700.00 | | 33,215.05 |
| | | | | DEPOSIT CHECK #449 | | | | |
| C | 11/28/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 2.55 | | 33,217.60 |
| C | 12/29/08 | 8 | James Hwang | Payment on non exempt assets | 1129-000 | 700.00 | | 33,917.60 |
| | | | | DEPOSIT CHECK #543 | | | | |
| C | 12/31/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.35 | | 33,919.95 |
| C | 01/26/09 | | James Hwang | Payment on non exempt assets | | 700.00 | | 34,619.95 |
| | | | | DEPOSIT CHECK #0603 | | | | |
| | | 5 | | Memo Amount:          300.00 | 1129-000 | | | |
| | | | | Sale of non exempt assets | | | | |
| | | 6 | | Memo Amount:          100.00 | 1129-000 | | | |
| | | | | Sale of non exempt assets | | | | |
| | | 7 | | Memo Amount:           30.00 | 1129-000 | | | |

Page Subtotals          3,512.45          0.00

Ver: 15.20

LFORM24

**UST Form 101-7-TDR (9/1/2009)** *(Page: 29)*

**FORM 2**

Page:   17

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 05-41011 -BTR |
|---|---|
| Case Name: | HWANG, JAMES U. |
| Taxpayer ID No: | *******3788 |
| For Period Ending: | 09/21/10 |

| Trustee Name: | LINDA PAYNE, TRUSTEE |
|---|---|
| Bank Name: | JPMorgan Chase Bank, N.A. |
| Account Number / CD #: | *******0265  Money Market Account |
| Blanket Bond (per case limit): | $   300,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 8 | | Sale of non exempt assets<br>    Memo Amount:         270.00<br>Sale of non exempt assets | 1129-000 | | | |
| C   01/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.38 | | 34,621.33 |
| C   02/26/09 | 15 | James Hwang | Payment for non exempt assets<br>    Memo Amount:         500.00<br>Computers and printer | 1129-000 | 700.00 | | 35,321.33 |
| | 8 | | Memo Amount:         200.00<br>Life Insurance | 1129-000 | | | |
| C   02/27/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.31 | | 35,322.64 |
| C   03/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.53 | | 35,324.17 |
| C   04/02/09 | 8 | James Hwang | Payment on non exempt assets | 1129-000 | 700.00 | | 36,024.17 |
| C   04/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.46 | | 36,025.63 |
| C   05/07/09 | 9 | James Hwang | Payment on non exempt assets<br>    Memo Amount:         375.00<br>Payment on non exempt assets | 1129-000 | 700.00 | | 36,725.63 |
| | 8 | | Memo Amount:         325.00<br>Payment on non exempt assets | 1129-000 | | | |
| C   05/29/09 | 8 | James Hwang | Payment on non exempt assets | 1129-000 | 700.00 | | 37,425.63 |
| C   05/29/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.43 | | 37,427.06 |

|  | Page Subtotals | 2,807.11 | 0.00 | |
|---|---|---|---|---|

Ver: 15.20

**FORM 2**

Page: 18

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 05-41011 -BTR | Trustee Name: | LINDA PAYNE, TRUSTEE |
| Case Name: | HWANG, JAMES U. | Bank Name: | JPMorgan Chase Bank, N.A. |
| | | Account Number / CD #: | *******0265 Money Market Account |
| Taxpayer ID No: | *******3788 | | |
| For Period Ending: | 09/21/10 | Blanket Bond (per case limit): | $  300,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C  06/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.62 | | 37,428.68 |
| C  07/02/09 | 9 | James Hwang | Repayment of non exempt property DEPOSIT CHECK #1157 | 1129-000 | 600.00 | | 38,028.68 |
| C  07/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.59 | | 38,030.27 |
| C  08/05/09 | 001001 | BILL PAYNE 12770 Coit Road Suite 541 Banner Place Dallas, TX  75251 | Attorney for Trustee Description: Attorney Fees UTC: 3210-00 Amount:        $1,942.50  Claim Link:    34  ----  Memo Allocation: Name/Address: Description: Attorney expenses UTC: 3220-00 Amount:        $41.64  Claim Link:    35  ---- | | | 1,984.14 | 36,046.13 |
| | | | Fees              1,942.50 | 3210-000 | | | 36,046.13 |
| | | | Expenses            41.64 | 3220-000 | | | 36,046.13 |
| C  08/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.53 | | 36,047.66 |
| | | | Page Subtotals | | 604.74 | 1,984.14 | |

Ver: 15.20

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 31)*

**FORM 2**

Page: 19

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:          05-41011  -BTR
Case Name:     HWANG, JAMES U.

Taxpayer ID No:   *******3788
For Period Ending:  09/21/10

Trustee Name:      LINDA PAYNE, TRUSTEE
Bank Name:         JPMorgan Chase Bank, N.A.
Account Number / CD #:   *******0265  Money Market Account

Blanket Bond (per case limit):   $   300,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C   09/30/09 | INT | JPMorgan Chase Bank, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.42 | | 36,049.08 |
| C   10/01/09 | | Transfer to Acct #*******1734 | Bank Funds Transfer | 9999-000 | | 36,049.08 | 0.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 12,000.00 | COLUMN TOTALS | 38,033.22 | 38,033.22 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 0.00 | 36,049.08 | |
| Memo Allocation Net: | 12,000.00 | Subtotal | 38,033.22 | 1,984.14 | |
| | | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 38,033.22 | 1,984.14 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 12,000.00 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 0.00 | Money Market Account - *******1734 | 16.60 | 475.00 | 0.00 |
| | | Checking Account - *******2716 | 12,411.02 | 48,001.70 | 0.00 |
| Total Memo Allocation Net: | 12,000.00 | Money Market Account - *******0265 | 38,033.22 | 1,984.14 | 0.00 |
| | | | -------------------- | -------------------- | -------------------- |
| | | | 50,460.84 | 50,460.84 | 0.00 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          1.42          36,049.08

Ver: 15.20